IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DERRICK L. SMITH,

    Plaintiff,                                      JUDGMENT IN A CIVIL CASE

v.                                                Case No. 14-cv-57-wmc

BOB DICKMAN,

    Defendant.

---

       This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

       /s/                                                                          5/9/2014

Peter Oppeneer, Clerk of Court                          Date